# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>ZACHARY MICKELSEN<br><br>Debtor. | CHAPTER # 7<br>CASE NO. 09-32973 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Beehive Credit Resolutions, Inc.<br>PO Box 1112<br>Bountiful, UT 84011 | $286.19 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$286.19** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 6th day of March, 2011.

_____
Steven R. Bailey, Trustee